No. 96–6094.  FORD v. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS.  C. A. 7th Cir.  Certiorari denied.

No. 96–6095.  HARRIS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 96–6096.  DUCHENE v. PLUNKETT ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 96–6108.  TUCKER v. DEPARTMENT OF EDUCATION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 96–6112.  COOK v. ARIZONA.  Super. Ct. Ariz., Mohave County.  Certiorari denied.

No. 96–6115.  MCADAMS v. AUTOMOTIVE RENTALS, INC.  Sup. Ct. Ark.  Certiorari denied.

No. 96–6125.  BERNSTEIN v. NATIONAL TRANSPORTATION SAFETY BOARD ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 96–6129.  YUAN JIN v. TEMPLE UNIVERSITY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 96–6139.  BURKE v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 96–6142.  WILKERSON v. SMITH ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–6143.  RHINES v. SOUTH DAKOTA.  Sup. Ct. S. D.  Certiorari denied.

No. 96–6153.  SHORES v. RHOADES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–6160.  WORDS v. SHERWOOD MEDICAL CO. ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 96–6162.  BROWN v. GROSS ET AL.  C. A. 10th Cir.  Certiorari denied.